BENJAMIN B. WAGNER
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>ADMINISTRATIVE INSPECTION OF<br>SAINT AGNES MEDICAL CENTER<br>1303 East Herndon Avenue<br>Fresno, CA 93720<br><br>Ex Parte UNITED STATES OF AMERICA and<br>DEA AGENT JACK LEWIS,<br><br>    Applicants for Order. | No. 1:14-sw-00136 SAB<br><br>[PROPOSED] **ORDER GRANTING APPLICATION TO SUPPLEMENT WARRANT RETURN** |

On the application and good cause appearing, the Court grants the United States' Application to Supplement Warrant Return.

DATED:  **Nov 14, 2014**

_____
STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE